OCT 27 2026 PM4:07
FILED - USDC - FLMD - TPA



# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

Magdalena Zabala
Deilys Suarez
Robert Whiteley

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Dr. Luis Cruz Rodriguez
Leidis Valle

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:26-CV-3260-KKM-AAS
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)** (1)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Magdalena Zabala, Investor |
| Street Address | 7235 Coral Way, Suite 202 |
| City and County | Miami, Miami Dade |
| State and Zip Code | Florida, 33155 |
| Telephone Number | 305-333-1455 |
| E-mail Address | magdalenazabala77@gmail.com |

**B. The ~~Defendant~~ Plaintiff(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TPA 75115 #405.-

Plaintiff ~~Defendant~~ No. ~~1~~ ②

| | |
|---|---|
| Name | Deilys Suarez |
| Job or Title *(if known)* | Investor |
| Street Address | 2800 SW 118 Ave |
| City and County | Miami, Miami Dade |
| State and Zip Code | Florida, 33175 |
| Telephone Number | 786-479-6313 |
| E-mail Address *(if known)* | deilyssuarez33@yahoo.com |

Plaintiff ~~Defendant~~ No. ~~2~~ ③

| | |
|---|---|
| Name | Robert Whiteley |
| Job or Title *(if known)* | Investor |
| Street Address | 1845 Thornhill Road, Apt. 303 |
| City and County | Wesley Chapel, ~~33544~~ Pasco |
| State and Zip Code | Florida, 33544 |
| Telephone Number | 305-915-2086 |
| E-mail Address *(if known)* | rwhiteleyca@gmail.com |

Defendant No. ~~3~~ ①

| | |
|---|---|
| Name | Luis Cruz Rodriguez |
| Job or Title *(if known)* | Doctor, President Elidan Lord MyTime, Nitavoice |
| Street Address | 8888 Cypress Manor Drive |
| City and County | Tampa, Hillsboro |
| State and Zip Code | Florida, 33647 |
| Telephone Number | 813-405-5107 |
| E-mail Address *(if known)* | luis.cruzrguez@gmail.com |

Defendant No. ~~4~~ ②

| | |
|---|---|
| Name | Leidis Valle |
| Job or Title *(if known)* | Owner, Vice President Elidan Bioactive, LLC |
| Street Address | 8888 Cypress Manor Drive |
| City and County | Tampa, Hillsboro |
| State and Zip Code | Florida, 33647 |
| Telephone Number | 813-405-5107 |
| E-mail Address *(if known)* | leidisvoo@gmail.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

______________________________

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual Magdalena Zabala

The plaintiff, *(name)* Deilys Suarez Robert Whiteley, is a citizen of the State of *(name)* Florida.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________, is incorporated under the laws of the State of *(name)* ______________, and has its principal place of business in the State of *(name)* ______________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual Luis Cruz Rodriguez

The defendant, *(name)* Leidis Valle, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* ______________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Total amount is $227,500.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct. 27/2026

Signature of Plaintiff X [signature] MAGDALENA ZABALA
X [signature] DEILYS SUAREZ ORTIZ
X [signature] ROBERT WHITELEY

Printed Name of Plaintiff X ____________________

### B. For Attorneys

Date of signing: ____________________

Signature of Attorney ____________________

Printed Name of Attorney ____________________

Bar Number ____________________

Name of Law Firm ____________________

Street Address ____________________

State and Zip Code ____________________

Telephone Number ____________________

E-mail Address ____________________

# Attachment

## Statement of Claim:

The defendant approached us individually with an Investment proposal to invest in his business enterprize and promised significant returns & Immediate on our Investment which he fail to do after accepting our funds totalling Collectively $227,500.00. There has been no proof of where our funds have been placed. So far there has been no attempt to repay the fund requested to be returned.

We suspect he may be leaving the country or state without repayment of our funds.

We are therefore seeking legal assistance from the Courts to recover our Investment.

October 27, 2026.

x Magdalena Zabala

x Philip Suarez Ortiz

x Robert Whiteley

Supporting documents attached.